UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATROYA GRAYSON, | ) |
| Plaintiff, | ) Civil Case No.: 1:24-cv-09857-JAV |
| v. | ) |
| SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE", BAD BOY ENTERTAINMENT HOLDINGS, INC., ATLANTIC RECORDS, MIKE SAVAS, DELTA AIRLINES, KKJAMZ 105.3FM, ROGER SMITH HOTEL, and JOHN AND JOHN DOES 1-10 | ) **ORDER FOR ADMISSION PRO HAC VICE** |
| Defendants. | ) |

The motion of M. Roy Goldberg, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bars of the District of Columbia, Maryland, and Colorado; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | M. Roy Goldberg |
| Firm Name: | Clark Hill PLC |
| Address: | 1001 Pennsylvania Avenue, N.W., Suite 1300 South |
| City/State/Zip: | Washington, DC 20004 |
| Telephone: | (202) 552-2388 |
| Facsimile: | (202) 772-0919 |
| Email: | roygoldberg@clarkhill.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Delta Airlines in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules, including the Rules governing discipline of attorneys.

Dated: _____March 12_____, 2025

_____*Jeannette Vargas*_____
Jeannette A. Vargas
United States District Judge

72767\508878\280227053