UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LATROYA GRAYSON,

                Plaintiff,

        -against-

SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF
DADDY, PUFFY, BROTHER LOVE", BAD BOY
ENTERTAINMENT HOLDINGS, INC., SEAN JOHN
CLOTHING LLC, ATLANTIC RECORDS, MIKE
SAVAS, DELTA AIRLINES, CROBAR NIGHTCLUB
NYC "CROBAR", PENSKE MEDIA CPORPORATION
"PMC", VIBE MAGAZINE "VIBE", PERRY
BROADCASTING AND PUBLISHING "KJAMZ",
BEST BUY CO., INC. "BEST BUY", ROGER SMITH
HOTEL and JOHN AND JANE DOES 1-10,

                Defendants.
------------------------------------------------------------------X

Civil Action

Case No. 1:24-cv-09857 (JAV)

**DEFENDANT BEST BUY CO., INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration in Support dated June 23, 2025, with exhibit(s) annexed thereto, the annexed Memorandum of Law dated June 23, 2025, and upon all prior pleadings and proceedings, the undersigned attorneys for Defendant, Best Buy Co., Inc. ("Best Buy"), will move before the Honorable Jeannette A. Vargas, U.S.D.J. at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order granting Defendant, Best Buy's Motion to Dismiss the Plaintiff's Amended Complaint pursuant to F.R.C.P. 12(b)(5) for failure to effect timely service of process; and pursuant to F.R.C.P. 12(b)(6) for failure to state a claim upon which relief can be granted; together with such other and further relief as this Court deems just and proper. Oral argument, if any, will be on a date and at a time to be designated by the Court.

Dated: New York, New York
       June 23, 2025

                                    Respectfully submitted,

                                    _____
                                    Mitchell B. Levine
                                    FISHMAN McINTYRE LEVINE
                                    SAMANSKY P.C.
                                    Attorneys for Defendant
                                    BEST BUY CO., INC.
                                    521 Fifth Avenue, 17th Floor

New York, New York 10175
(212) 461-7190
File No.: BBY-100

TO: THE LAW OFFICE OF
ARIEL E. MITCHELL, P.A.
Attorneys for Plaintiff
500 NW 2nd Avenue, #12864
Miami, FL 33103
(305) 903-5835

METCALF & METCALF
Attorneys for Plaintiff
99 Park Avenue, Suite 110
New York, NY 10004
(646) 253-0514

SHER TREMONTE LLP
Attorneys for Defendants
SEAN COMBS, BAD BOY ENTERTAINMENT
HOLDINGS, INC. and SEAN JOHN CLOTHING LLC
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600

CLARK HILL PLC
Attorneys for Defendant
DELTA AIR LINES, INC.
s/h/a "DELTA AIRLINES"
1180 Avenue of the Americas, Suite 1910
New York, NY 10036
(646) 395-8580

*No appearance to date*:
ATLANTIC RECORDS
MIKE SAVAS
CROBAR NIGHTCLUB NYC
PENSKE MEDIA CPORPORATION
VIBE MAGAZINE
PERRY BROADCASTING AND PUBLISHING
ROGER SMITH HOTEL