UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATROYA GRAYSON,,<br><br>       Plaintiff,<br><br> -against-<br><br>SEAN COMBS a/k/a  "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE", BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC., ATLANTIC RECORDS, MIKE SAVAS, DELTA AIRLINES, CROBAR NIGHTCLUB NYC ("CROBAR,"), PENSKE MEDIA CORPORATION "PMC," VIBE MAGAZINE "VIBE," PERRY BROADCASTING AND PUBLISHING "KJAMZ," BEST BUY CO., INC. "BEST BUY," ROGER SMITH HOTEL, and : JOHN AND JANE DOES 1-10,<br><br>       Defendants. | Case No. 24-CV-09857 (JAV)<br><br>**NOTICE OF MOTION**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Declaration of Erica A. Wolff dated July 15, 2025 and the exhibits annexed thereto, and upon all prior proceedings had herein, Defendants Sean Combs ("Mr. Combs"), Bad Boy Entertainment Holdings, Inc. ("BBE"), and Sean John Clothing LLC ("SJC," and together with Mr. Combs and BBE, the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Jeannette A. Vargas at the Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's Amended Complaint (ECF No. 10) against the Combs Defendants with prejudice.

Dated: July 15, 2025
      New York, New York

                                       SHER TREMONTE LLP

                                       <u>/s/     Erica A. Wolff</u>
                                       Erica A. Wolff
                                       Michael Tremonte
                                       Michael Bass
                                       90 Broad Street, 23rd Floor
                                       New York, NY 10004
                                       (212) 202-2600
                                       ewolff@shertremonte.com
                                       mtremonte@shertremonte.com
                                       mbass@shertremonte.com

                                       *Attorneys for Defendants Sean Combs, Bad Boy Entertainment Holdings, Inc., and Sean John Clothing LLC*