UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LATROYA GRAYSON, :
:
                      Plaintiff, :
:    24-CV-09857 (JAV)
       -v- :
:    ORDER
SEAN COMBS, et al., :
:
                      Defendants. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On July 22, 2025, the parties appeared for an Initial Pretrial Conference. Plaintiff represented at the conference that the Amended Complaint filed on July 20, 2025, shall be the operative complaint and that Plaintiff does not intend to further amend in light of the pending motions to dismiss. Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motions to dismiss filed to date.

      As stated on the record during the conference, Plaintiff is ORDERED to file on the docket a redline of the Amended Complaint that indicates all differences from the pleading that it is intended to amend, as required by Local Rule 15.1(a) and this Court's Orders (ECF Nos. 46, 82) by **July 24, 2025**.

      It is FURTHER ORDERED that, by **August 12, 2025,** any Defendant that previously filed a motion to dismiss in this matter must (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on the docket stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If any Defendant files a new motion to dismiss or indicates that they rely on their previously filed motion to dismiss, any opposition to such motion shall be due by **September 2, 2025,** and any reply shall be due by **September 9, 2025.**

It is FURTHER ORDERED that, for the reasons stated on the record, the motion to stay this action and discovery (ECF No. 62) is GRANTED in part and DENIED in part. The request to stay discovery pending resolution of the Defendants' motion to dismiss is GRANTED, while the request to stay the entire action pending the resolution of is DENIED.

The Clerk of the Court is directed to terminate ECF No. 62.

SO ORDERED.

Dated: July 22, 2025
      New York, New York

                                     JEANNETTE A. VARGAS
                                     United States District Judge