August 4, 2025

<u>**VIA ECF**</u>
The Honorable Jeannette A. Vargas
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    ***Grayson v. Combs et al.***, Case No. 24-cv-09857 (JAV)

Dear Judge Vargas,

      We write jointly on behalf of all parties who have appeared to date in the above-referenced action, pursuant to your Honor's directive during the July 22, 2025 Initial Pretrial Conference, to respectfully notify the Court of days in October 2025 when counsel who will be appearing are unavailable for oral argument on Defendants' motions to dismiss. Given counsels' limited availability in October (including because Plaintiff's counsel has a 3-week trial beginning October 3), we also include a list of unavailable days in November 2025. Counsel for all parties have conferred and one or more of us are unavailable on the following dates: October 1 – 24, October 27 – 28, November 3 – 12, and November 27 – 28. We appreciate the Court's consideration.

                        Respectfully Submitted,

| | | |
|---|---|---|
| */s/ Erica A. Wolff* | */s/ Mitchel B. Levine* | */s/ Ariel E. Mitchell* |
| Erica A. Wolff | Mitchell B. Levine | Ariel E. Mitchell |
| SHER TREMONTE LLP | FISHMAN McINTYRE LEVINE | THE LAW OFFICE OF |
| 90 Broad Street, 23rd Floor | SAMANSKY P.C. | ARIEL E. MITCHELL, P.A. |
| New York, NY 10004 | 521 Fifth Avenue, 17th Floor | 500 NW 2nd Avenue |
| (212) 202-2679 | New York, NY 10175 | No. 12864 |
| | (212) 461-7190 | Miami, FL 33103 |
| | | (305) 903-5835 |
| ewolff@shertremonte.com | mitch@fishmanmcintyre.com | ariel@arielesq.com |
| *Counsel for Defendants Sean Combs,* | *Counsel for Defendant* | *Counsel for Plaintiff Latroya* |
| *Bad Boy Entertainment Holdings, Inc.,* | *Best Buy Co., Inc.* | *Grayson* |
| *and Sean John Clothing LLC* | | |

The Honorable Jeannette A. Vargas
July 30, 2025
Page 2 of 2

*/s/ M. Roy Goldberg*
M. Roy Goldberg
CLARK HILL PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300-South
Washington, D.C. 20004
Tel. (202) 552-2833
Email: rgoldberg@clarkhill.com

*/s/ Steven Richman*
Steven Richman
CLARK HILL PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel. (609) 785-2911
Email: srichman@clarkhill.com

*/s/ Nicole Wolfe Stout*
Nicole Wolfe Stout
STRAWINSKI & STOUT PC
3340 Peachtree Rd
# 1445, Atlanta, GA 30326
Tel. (404) 264-9955
Email: nws@strawlaw.com

*Counsel for Defendant*
*Delta Air Lines, Inc.*

cc:    All Counsel of Record (Via ECF)