**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LATROYA GRAYSON, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL CASE NO.: 1:24-CV-09857-<br>) JAV |
| SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE", *et al.* | ) <br> ) <br> ) **DEFENDANT DELTA AIR** |
| Defendants. | ) **LINES, INC.'S MOTION TO** <br> ) **DISMISS THE SECOND** <br> ) **AMENDED COMPLAINT WITH** <br> ) **PREJUDICE** <br> ) <br> ) **ORAL ARGUMENT** <br> ) **REQUESTED** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all other pleadings and proceedings herein, defendant Delta Air Lines, Inc. will move this Court before the Honorable Jeannette A. Vargas, U.S.D.J. (Courtroom 14C), at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, as soon as counsel can be heard and at such time as the Court directs, for an Order, pursuant to Fed. R. Civ. P. 12 (b)(6), dismissing the Second Amended Complaint (ECF 87 and this action, as against Delta, in its entirety and with prejudice on the grounds that (1) Plaintiff's claims are barred by the statutes of limitations and not revived by the New York City Gender-Motivated Violence Protection Law, and (2) Plaintiff has failed to state any claims against Delta Air Lines, Inc. upon which relief may be granted. In support of this motion, Delta Air Lines, Inc. relies upon its Memorandum of Law in support of this motion and all pleadings herein.

WHEREFORE, Defendant Delta Air Lines, Inc. respectfully requests that this Court dismiss Plaintiff's Second Amended Complaint (ECF 87) and this action as against Delta Air Lines, Inc. with prejudice, and for such other relief as the Court deems proper.

Dated: August 11, 2025                                         Respectfully submitted,

| | |
|---|---|
| Nicole Wolfe Stout, Esq. | /s/ M. Roy Goldberg |
| STRAWINSKI & STOUT | M. Roy Goldberg, Esq. |
| Centrum at Glenridge | CLARK HILL PLC |
| 780 Johnson Ferry Road NE | 1001 Pennsylvania Avenue, N.W. |
| Suite 230 | Suite 1300 South |
| Atlanta, Georgia 30342 | Washington, D.C. 20004 |
| Tel. (470) 945-0074 | Tel. (202) 552-2388 |
| Fax (404) 264-1450 | Fax (202) 772-0919 |
| Email: nws@strawlaw.com | Email: rgoldberg@clarkhill.com |
| (Pro Hac Application to Be Filed) | (Admitted Pro Hac Vice) |

Steven M. Richman, Esq.
CLARK HILL PLC
1180 Avenue of the Americas
Suite 1910
New York, NY 10036
Tel. (646) 395-8580
Fax (646) 395-8700
Email: srichman@clarkhill.com

COUNSEL FOR DEFENDANT DELTA AIR LINES, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on August 11, 2025, a true and correct copy of the foregoing Defendant Delta Air Lines, Inc.'s Motion To Dismiss the Second Amended Complaint, Memorandum of Law in support of same, and proposed form of order in the above-titled action were filed electronically and served upon all counsel of record through the United States Court District Court for the Southern District of New York's Electronic ECF/CM Filing System.

                By:    */s/ Roy Goldberg*