UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LATROYA GRAYSON,,

                Plaintiff,

  -against-

SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE", BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC., ATLANTIC RECORDS, MIKE SAVAS, DELTA AIRLINES, CROBAR NIGHTCLUB NYC ("CROBAR,"), PENSKE MEDIA CORPORATION "PMC," VIBE MAGAZINE "VIBE," PERRY BROADCASTING AND PUBLISHING "KJAMZ," BEST BUY CO., INC. "BEST BUY," ROGER SMITH HOTEL, and : JOHN AND JANE DOES 1-10,

                Defendants.

Case No. 24-CV-09857 (JAV)

**NOTICE OF MOTION**

ORAL ARGUMENT REQUESTED

---

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Declaration of Erica A. Wolff dated August 12, 2025 and the exhibits annexed thereto, and upon all prior proceedings had herein, Defendants Sean Combs ("Mr. Combs"), Bad Boy Entertainment Holdings, Inc. ("BBE"), and Sean John Clothing LLC ("SJC," and together with Mr. Combs and BBE, the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Jeannette A. Vargas at the Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's Second Amended Complaint (ECF No. 87) against the Combs Defendants with prejudice.

Dated: August 12, 2025
      New York, New York

                                        SHER TREMONTE LLP

                                        */s/    Erica A. Wolff*
                                        Erica A. Wolff
                                        Michael Tremonte
                                        Michael Bass
                                        90 Broad Street, 23rd Floor
                                        New York, NY 10004
                                        (212) 202-2600
                                        ewolff@shertremonte.com
                                        mtremonte@shertremonte.com
                                        mbass@shertremonte.com

                                        *Attorneys for Defendants Sean Combs, Bad Boy Entertainment Holdings, Inc., and Sean John Clothing LLC*