UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LATROYA GRAYSON,                                                        :
                                                                        :
                                    Plaintiff,                          :   Civil Case No.: 24-cv-09857
        v.                                                              :
                                                                        :
                                                                        :
SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF                           :
DADDY, PUFFY, BROTHER LOVE",                                            :
BAD BOY ENTERTAINMENT HOLDINGS, INC.,                                   :
ATLANTIC RECORDS,                                                       :
MIKE SAVAS,                                                             :
DELTA AIRLINES,                                                         :
KKJAMZ 105.3FM,                                                         :
ROGER SMITH HOTEL, and                                                  :
JOHN AND JANE DOES 1-10                                                 :
                                    Defendants.                         :
------------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that September 15, 2025, through October 1, 2025, Ariel Mitchell, Attorney for Plaintiff listed in the caption above, will be unavailable for all purposes, including, but not limited to, receiving notice of any kind, appearing in Court, responding to ex parte applications, responding to discovery, or attending depositions. The basis for the unavailability is that Ariel Mitchell will be out of the country with limited access to communication mechanisms.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF this 1st day of September 2025, upon all of record.

*Ariel E. Mitchell, Esq.*
Ariel E. Mitchell, Esq.

Florida Bar No. 125714  
P.O. Box 12864  
Miami, FL 33101  
(305) 903-5835  
Email service: ariel@arielesq.com