AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:24-cv-09857-JAV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Penske Media**
was recieved by me on  **9/03/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Al Aguilera, Office Services Specialist**, who is designated by law to accept service of process on behalf of **Penske Media** at **1675 Broadway Fl 19, New York, NY 10019** on **09/04/2025 at 10:14 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  09/04/2025

*Server's signature*

**Richard Ricot**
*Printed name and title*

**6771 Yellowstone Blvd
7E
Forest Hills, NY 11375**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; AMENDED COMPLAINT, to Al Aguilera, Office Services Specialist who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald Hispanic male contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**



Tracking #: **0184964004**

