UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATROYA GRAYSON,<br><br>*Plaintiff*,<br><br>-against-<br><br>SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE", BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC., ATLANTIC RECORDS, MIKE SAVAS, DELTA AIRLINES, CROBAR NIGHTCLUB NYC "CROBAR," PENSKE MEDIA CORPORATION "PMC," VIBE MAGAZINE "VIBE," PERRY BROADCASTING AND PUBLISHING "KJAMZ," BEST BUY CO., INC. "BEST BUY," ROGER SMITH HOTEL and JOHN AND JANE DOES 1-10,<br><br>*Defendants*. | Case No.: 1:24-cv-09857-JAV<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated September 25, 2025, upon the supporting Declarations of Erica Bellarosa and Donald S. Zakarin, and all exhibits thereto, and upon all proceedings had herein, Defendant Atlantic Recording Corporation ("Atlantic"), incorrectly sued as "Atlantic Records," will move this Court, in accordance with Fed. R. Civ. P. 4(m), 8, 12(b)(5), and 12(b)(6), before the Hon. Jeannette A. Vargas, in Courtroom 14C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing all claims in the Second Amended Complaint (ECF No. 87) against Atlantic with prejudice.

Dated: New York, New York
September 25, 2025

                              **PRYOR CASHMAN LLP**

By: _____
    Donald S. Zakarin
    William L. Charron
    Nicholas G. Saady
    Nathaniel H. Kazlow
7 Times Square, New York, NY 10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for Atlantic Recording Corporation*