UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LATROYA GRAYSON,                                                :
                                                                :
                          Plaintiff,                            :   Civil Case No.: 24-cv-09857
                                                                :
v.                                                              :
                                                                :
                                                                :
SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF                   :
DADDY, PUFFY, BROTHER LOVE",                                    :
BAD BOY ENTERTAINMENT HOLDINGS, INC.,                           :
ATLANTIC RECORDS,                                               :
MIKE SAVAS,                                                     :
DELTA AIRLINES,                                                 :
KKJAMZ 105.3FM,                                                 :
ROGER SMITH HOTEL, and                                          :
JOHN AND JANE DOES 1-10                                         :
                          Defendants.                           :
----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Atlantic Records.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF this 21st day of October 2025, upon all of record.

*Ariel E. Mitchell, Esq.*
Ariel E. Mitchell, Esq.
Florida Bar No. 125714
P.O. Box 12864
Miami, FL 33101
(305) 903-5835
Email service: ariel@arielesq.com

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: October 23, 2025