## SHER TREMONTE LLP

August 5, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

Re:    ***Grayson v. Combs, et. al.*, Case No. 24-cv-09857 (JAV)**

Dear Judge Vargas,

We represent defendants Sean Combs, Bad Boy Entertainment Holdings, Inc., and Sean John Clothing LLC (together, the "Combs Defendants") in the above-captioned matter. We write to respectfully bring to the Court's attention as supplemental authority in support of the Combs Defendants' pending Motion to Dismiss (ECF Nos. 99-101, 121, 154, 167), Judge Failla's June 12, 2026 decision in *Richard v. Combs, et al.*, No. 24-CV-6848 (KPF), 2026 WL 1718089 (S.D.N.Y. June 12, 2026), which granted Mr. Combs' motion to dismiss.

The court in *Richard* dismissed the plaintiff's complaint in its entirety, including dismissing with prejudice fifteen of plaintiff's federal claims as time barred where the plaintiff conceded (as does Ms. Grayson in this case) that her claims were untimely but argued (as does Ms. Grayson in this case) that various tolling doctrines applied. In dismissing those claims, Judge Failla held that no tolling doctrine applied, *id.* at *5-12, when any alleged conduct by Mr. Combs ceased in 2011 or 2012, more than a dozen years prior to the filing of that complaint, *id.* at *7. Judge Failla also dismissed the plaintiff's pendant New York City law cause of action under the Gender-Motivated Violence Protection Act, N.Y.C. Admin. Code § 10-1104, for lack of subject matter jurisdiction. *Richard*, 2026 WL 1718089 at *14.

A copy of Judge Failla's decision in *Richard* is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Erica A. Wolff*
Erica A. Wolff
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
ewolff@shertremonte.com
*Counsel for the Combs Defendants*